*Signed: Randal S. Mashburn, U.S. Bankruptcy Judge*
Dated: 8/19/2014



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MICHAEL SHAUN RIDINGS ) | Case No. 14-03081 |
| ) | Chapter 11 proceedings |
| Debtor. ) | Judge Randal Mashburn |
| ) | |

**ORDER GRANTING MOTION TO SET BAR DATE FOR
FILING PROOF OF CLAIMS**

Upon the Motion to Set Bar Date for Filing Proof of Claims, it is hereby **ORDERED** the bar date for any creditor or equity security holder whose claim or interest in not scheduled or scheduled as disputed, contingent, or unliquidated is set for October 28, 2014. This is the deadline for filing a proof of claim in this proceeding. This date represents at least one hundred eighty (180) days from the date of the order for relief. It is **ORDERED** that any creditor that fails to timely file a claim shall not be treated as a creditor with respect to such claim for the purposes of voting and distribution

Accordingly, it is so **ORDERED**.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THIS PAGE.**

APPROVED FOR ENTRY:
**LEFKOVITZ & LEFKOVITZ**

/s/ Steven L. Lefkovitz
Steven L. Lefkovitz, No. 5953
Attorney for the Debtor
618 Church St., #410
Nashville, TN 37219
(615) 256-8300  fax (615) 255-4516
slefkovitz@lefkovitz.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.